

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00700-CV

**IN RE IMPLICITY MANAGEMENT COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

Delivered and Filed: December 11, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 10, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on October 23, 2019. The real party in interest responded and relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 23, 2019 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016CI11019, styled *Implicity Management Company v. American Risk Insurance Co., Inc.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.